MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: carolyn.silane@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> G. JOHN ROY PANELLI, <br>     Defendant. | No. CR 12-71000 MAG <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 & FED. R. CRIM. PROC. 5.1** |

On October 16, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to November 8, 2012. For the reasons stated during the hearing, the parties have agreed to exclude the period of time between October 16, 2012 and November 8, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

1   In addition, the Defendant consented, and the parties agreed that good cause exists, to
2   extend the time for a preliminary hearing, pursuant to Federal Rule of Criminal Procedure 5.1(d).
3   At the hearing, the Court made findings consistent with this agreement.

5   SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

9   DATED: October 16, 2012              _____/s/_____
                                          CAROLYN SILANE
10                                        Special Assistant United States Attorney

12  DATED: October 16, 2012              _____/s/_____
                                          DOUGLAS HORNGRAD
13                                        Attorney for G. JOHN ROY PANELLI

1 [PROPOSED] ORDER

2    For the reasons stated above and at the October 16, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 16, 2012 and November 8, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

   In addition, the Court finds that good cause exists to extend the time for a preliminary hearing. Fed. R. Crim. Proc. 5.1(d).

   IT IS SO ORDERED.

DATED: 10/22/12                    _____
                                   THE HONORABLE JOSEPH C. SPERO
                                   United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-71000 MAG