1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  JOHN PANELLI

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        Case Number: CR 3:12-mj-71000-MAG

12         Plaintiff,
                                    STIPULATION AND [PROPOSED]
13     v.                           ORDER RE CONDITIONS OF
                                    RELEASE
14 JOHN PANELLI,

15         Defendants.
   _____/
16

17     THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that Mr.

18 Panelli's pretrial release be modified as set forth below.

19     On December 24, 2012, having completed a 90 day program, Mr. Panelli will be

20 released from the New Bridge residential treatment program to the care of his mother, Marty

21 Panelli, who will take him directly to the San Francisco office of Leaders in Community

22 Alternatives, Inc. (LCA), a company that administers home detention programs. LCA will

23 install an ankle bracelet and will monitor Mr. Panelli's home confinement. That confinement

24 will be at his mother's residence, located at 18 Channel Drive, Corte Madera, CA 94925.

25 Mr. Panelli will be solely responsible for LCA's fees.

26     On December 26, 2012, Mrs. Panelli will take Mr. Panelli to LCA in San Francisco,

27 where the bracelet will be removed. Mr. Panelli will then go directly to Pretrial Services and

28 be placed on their monitoring program.  Mr. Panelli must bring with him proof provided by

1  LCA that he was on home detention with LCA from December 24, 2012 to December 26.
2  2012. After the transfer from LCA to Pretrial Services is complete Mrs. Panelli will take Mr.
3  Panelli back to her residence where the home detention will continue.

4  LCA will report any program violation to San Francisco Pretrial Services. Counsel
5  for Mr. Panelli has spoken with LCA and they informed counsel that the forgoing
6  arrangement is agreeable with LCA. LCA further stated that Mr. Panelli has been pre-
7  approved for their services.

8  The defendant shall reside at 18 Channel Drive, Corte Madera, CA 94925 with his
9  mother, and not change his address without prior approval from Pretrial Services.
10 Additionally, he shall be subject to electronic monitoring and pay for any associated costs.
11 Mr. Panelli shall not leave his mother's residence except for the purpose of medical,
12 legal/court, and treatment purposes as approved by Pretrial Services. All other previous
13 conditions to remain in effect.

14 Counsel for Mr. Panelli has provided a copy of this Proposed Stipulation and Order
15 to Pretrial Services and they stated that their agency is in agreement with the terms.

17 Date: 12/20/12                    /s/ Douglas Horngrad
                                     DOUGLAS I. HORNGRAD
18                                   Attorney for JOHN PANELLI

20 Date: 12/20/12                    /s/ With Consent
                                     ANDREW CAPUTO
21                                   Assistant United States Attorney

23                        **[PROPOSED] ORDER**

25     **IT IS SO ORDERED.**

27 Date: December 20, 2012           _____
                                     **HONORABLE JACQUELINE SCOTT CORLEY**
28                                   **UNITED STATES MAGISTRATE JUDGE**